UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 2:05-CR-20033-001 |
| | ) | |
| JAMES BRADFORD BATTLES | ) | DEFENDANT |

### ORDER TO ALLOW ATTENDANCE AT FUNERAL

Comes now the Defendant, James Bradford Battles, and presents to this Court his motion to enter an order directing the United States Marshall Service to permit Defendant's attendance at a certain funeral and the Court, being well and sufficiently advised in the premises, finds as follows:

1. That this Defendant was sentenced by Judgment of this Court same being entered on or about the 23rd day of November, 2005. That the Defendant is presently in the custody of the United States Marshal's Service awaiting return to the Arkansas Department of Corrections.

2. That on December 7, 2005, the Defendant's brother, David Battles, died after a lengthy illness. Defendant and his brother were very close as was the family.

3. That the funeral for the said David Battles is set on or about 10:00 a.m., Saturday, December 10, 2005, and same is being conducted by the Shaffer Funeral Home located in Mulberry, Arkansas.

4. That the United States Marshal Service is directed to allow Defendant to attend the funeral as described above, but only under such circumstances or conditions as the Marshal Service may deem reasonably necessary for the protection of the Defendant or the general public.

IT IS SO ORDERED.

United States District Court Judge

12-9-05
Date

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 09 2005

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK